# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-3156
L.T. Case No. 16-1993-CF-4491-A

_____

ARTAVIOUS COTTON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Duval County.
Tatiana Radi Salvador, Judge.

Artavious Cotton, Arcadia, pro se.

No Appearance for Appellee.

December 23, 2024

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

WALLIS, LAMBERT, and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____